United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOHANNY JOSE ZAMBRANO GIL, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00054 |
| WARDEN OF PORT ISABEL | § | |
| DETENTION CENTER, et al., | § | |
| "Respondents." | § | |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and "Emergency Motion in Support of Petition for Writ of Habeas Corpus" (Dkt. No. 3) ("MTRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition no later than 14 days after service of these filings. Petitioner is **ORDERED** to file proof of service of the Petition as a docket entry no later than **February 9, 2026, at 5 p.m. CST.** Once Respondents are served, the Petitioner is not to be removed; his status is to remain "as is" pending resolution of this case.

Signed on  January 27, 2026.

Rolando Olvera
United States District Judge

1 / 1